Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Hurricane Glass, Inc.** | |
| **2. All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as names* | **Hurricane Glass and Mirror** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 6 – 0 3 0 5 2 0 9 | |
| **4. Debtor's address** | **Principal place of business** <br><br> **1418 Indiana** <br> Number    Street <br><br> **South Houston, TX 77587** <br> City                State    ZIP Code <br><br> **Harris** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City                State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City                State    ZIP Code |
| **5. Debtor's website (URL)** | www.hurricaneglasshouston.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **Hurricane Glass, Inc.**   Case number *(if known)*
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
             District _____ When ___/___/_____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/_____
                              MM / DD / YYYY
       Case number, if known _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **2**

Debtor    **Hurricane Glass, Inc.**                                    Case number *(if known)*
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number      Street

_____
City                                      State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Hurricane Glass, Inc.**                                            Case number *(if known)*
　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03/31/2025**
　　　　　　　MM/ DD/ YYYY

X **/s/ Todd Carter**                                              **Todd Carter**
Signature of authorized representative of debtor         Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Reese Baker**                    Date **03/31/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**Reese Baker**
Printed name

**Baker & Associates**
Firm name

**950 Echo Ln Ste 300**
Number     Street

**Houston**                              **TX**          **77024-2824**
City                                     State         ZIP Code

　　　　　　　　　　　　　　　　　　　　　　　　**courtdocs@bakerassociates.net**
Contact phone                              Email address

**01587700**                                **TX**
Bar number                                  State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Hurricane Glass, Inc.**                                      CASE NO

                                                                  CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/31/2025**        Signature            **/s/ Todd Carter**
                                                      Todd Carter, President

1418 Indiana, LLC
155 County Road 4279
Woodville, TX 77587

Ally Financial
P.O.Box 380902
Bloomington, MN 55438

American Express
P.O. Box 6031
Carol Stream, IL 60197

American Financial Solutions
500 Pacific Ave., Ste 550
Bremerton, WA 98337

AT&T
P.O. Box 6463
Carol Stream, IL 60197

Barnett Garcia
3821 Juniper Trace, Suite 108
Austin, TX 78738

Barnett Garcia.LLC
3821 Juniper Trace, Suite 108
Austin, TX 78738

Betco
1626 Enid St.
Houston, TX 77009

Capitol One Business
P.O. Box 60519
City of Industry, CA 91716

Joy Denise Carter
4815 Bayfair St
Pasadena, TX 77505-5436

Chase Marriott Bonvoy
910 West Legacy Center Way, Suite 100
Midvale, UT 84047

CHTD Company
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

CHTD Company / Swift Financial
PO Box 2576
Springfield, IL 62708

Comcast Business
P.O.Box 8587
Philadelphia, PA 19101

Comcast Business
P.O. Box 60533
City of Industry, CA 91716

Foley & Lardner LLP
321 N.Clark Street, Suite 3000
Chicago, IL 60654

Ford Motor Credit
NA
Dallas, TX 75265


Glass Fab Austin Industries
8690 W. Linne Road
Tracy, CA 95304


GM Financial
P.O.Box 183593
Arlington, TX 76096


Gregory S. Williams
4614 Spears Rd
Manvel, TX 77578


GTS Services, LLC
4211 S. E. International Way, Suite A
Portland, OR 97222


H & E Equipment
P,O,BOX 849850
Dallas, TX 75284


Harris County
Po Box 3547
Houston, TX 77253-3547


Harris County Toll Road Authority
7701 Wilshire Place Dr.
Houston, TX 77040

Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
c/o Jonathan Gitlin, Senior Vice President and General Counsel
One Penn Plaza, Suite 4915
New York, NY 10119

Itria Ventures LLC (Biz 2 Credit)
462 7th Ave.
New York, NY 10018

Loan Builder
2211 North First Street
San Jose, CA 95731

LoanBuilder, A PayPal Service Loan
c/o Swift Financial, LLC
Attn: Bankruptcy Notice
2211 North First Street
San Jose, CA 95131

Lowe's Business Advantage SYNCB
P.O. Box 669824
Dallas, TX 75266

NRG Energy
P.O. Box 660749
Dallas, TX 75266


Office Depot Office Max
P.O. Box 78004
Phoenix, AZ 85062


Pasadena ISD
P.O. Box 1318
Pasadena, TX 77501-1318


Perdue, Brandon, Fielder,
Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008


Precision Glass
2330 Peyton Rd
Houston, TX 77032


Progressive County Mutual
Insurance Co
P.O. Box 43258
Cleveland, OH 44143-0258


Rausch Strum
300 N Executive Dr., Suite 200
Brookfield, WI 53005


ReachLocal, Inc. dba LocaliQ
6111 W. Plano Pkwy, Suite 100
Plano, TX 75093

Reliant Energy
P.O. Box 650475
Dallas, TX 75265


Republic Services
8101 E.Little York Rd.
Houston, TX 77016


Republic Services
c/o Legal Administrative Assistant
Legal Department
18500 N. Allied Way
Phoenix, AZ 85054

Sandra Tapia, CPA, PPLC
5616 Pine Ave.
Pasadena, TX 77503-3849


Sunbelt Rentals
P.O.Box 409211
Atlanta, GA 30384


Texas Mutual Insurance
2200 Aldrich
Austin, TX 78723


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


Todd Carter
4815 Bayfair St
Pasadena, TX 77505

TX Comptroller of Public
Accounts
Revenue Acct Div - Bankruptcy Section
PO Box 13528
Austin, TX 78711-3528

U.S. Small Business
Adminstration
409 3rd St. SW
Washington, DC 20416

United Fire Group
P.O.Box 73909
Cedar Rapids, IA 52407

Verizon Business
P.O.Box 660108
Dallas, TX 75266